## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **ADDISON N. MARTIN, on behalf of himself and all others similarly situated,**  )<br>)<br>)<br>**Plaintiff,**  )<br>)<br>)<br>v.  )<br>)<br>**RFR CAPITAL, LLC,**  )<br>)<br>**Defendant.**  ) | Case No.  1:17-cv-560 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Now come the Plaintiff, Addison N. Martin, and hereby dismisses the above styled action against the Defendant, **RFR CAPITAL, LLC,** without prejudice pursuant to FRCP 41(a)(1)(i).

**DATED** this the 2nd day of February, 2018.

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr.
Underwood & Riemer, P.C.
21 South Section Street
Fairhope, AL  36532
251-990-5558 (Telephone)
251-990-0626 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a copy hereof has been mailed using the United States Postal Service, properly addressed, first class postage prepaid, to counsel of all parties or parties on record, to the following address on this the 2nd day of February, 2018.

RFR Capital, LLC
73 Market Street Suite 376
Yonkers, NY 10701

/s/Earl P. Underwood, Jr.
Earl P. Underwood, Jr.